Kristy L. Peters, Bar No. 024756
kpeters@littler.com
Kimberly Dennis, Bar No. 029783
kdennis@littler.com
LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Fax No.: 602.597.1801

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cody Sutton,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Target Corporation, a foreign corporation,<br><br>　　　　Defendant. | Case No. CV-20-02213-PHX-MTL<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

　　　Plaintiff Cody Sutton and Defendant Target Corporation jointly move the Court to dismiss Plaintiff's lawsuit against Defendant with prejudice.  The parties shall bear their own attorneys' fees and costs.

　　　DATED this 15th day of July, 2021

*s/ Megan N. Weides (with permission)*　　　*s/ Kristy L. Peters*
Troy P. Foster　　　　　　　　　　　　　　Kristy L. Peters
Megan N. Weides　　　　　　　　　　　　Kimberly Dennis
The Foster Group, PLLC　　　　　　　　　LITTLER MENDELSON P.C.
902 W. McDowell Road　　　　　　　　　Attorneys for Defendant
Phoenix, AZ  85007
Attorneys for Plaintiff

LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 15th day of July, 2021:

Troy P. Foster
Megan N. Weides
The Foster Group, PLLC
902 W. McDowell Road
Phoenix, AZ 85007
*Attorneys for Plaintiff*

*s/ Linda Bullis*

4837-0130-7890.1 / 052067-1655

LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

2

CAPTION